No. 305. DERFUS *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Hyman Gold* for petitioner.

No. 343. CUDIA ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John R. Snively* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 496. HEAPS *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of L. A. Certiorari denied. *Stephen A. Pace, Jr.,* and *Thomas W. Cochran* for petitioner.

No. 503. WINTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome Lewis* and *Thomas R. Newman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 534. BATTAGLIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Russell E. Parsons* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit,* for the United States.

No. 540. WIESNER *v.* MARYLAND. Cir. Ct. for Baltimore County, Md. Certiorari denied. *L. Robert Evans* for petitioner.

No. 613. DANFORTH FOUNDATION *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Albert E. Jenner, Jr.,* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Morton K. Rothschild* and *Robert A. Bernstein* for the United States.